**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24- 1067

**Magistrate Case No. 09961831 (Class A)**

**UNITED STATES OF AMERICA**

**v.**

**STEVEN B. MCKENZIE**

**COMPLAINT**
**Offense on a Federal Reservation**

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **25th day of January 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**STEVEN B. MCKENZIE** did commit:

Possession of Firearms and Dangerous Weapons in a Federal Facility in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 20TH DAY OF JUNE 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

6/20/24 NK 8/15/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 April, 2024 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Subject knowingly possessed or caused to be present a firearm on Federal Facility, specifically by attempting to gain entry onto JB MDL through the Fort Dix commercial Gate. Subject was in possession of a 9MM Smith & Wesson MP9 with a serial number HMN9105

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/22/2024 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11